ANDREW M. BAUGH (SBN 242654)
JENNA D. SWANEY (SBN 269971)
BERDING & WEIL LLP
2175 N. California Blvd, Suite 500
Walnut Creek, CA  94596
Telephone:  925.838.2090
Facsimile:  925.820.5592
Email:  abaugh@berdingweil.com
           jswaney@berdingweil.com

Attorneys for Plaintiffs
GOLDEN GATE BELVEDERE, LLC
and FDP DEVELOPMENT, LLC

SONIA MARTIN (SBN 191148)
MENGMENG ZHANG (SBN 280411)
DENTONS US LLP
1999 Harrison Street, Suite 1210
Oakland, CA  94612
Telephone:  (415) 882-5000
Facsimile:  (415) 882-0300
Email:  sonia.martin@dentons.com
           mengmeng.zhang@dentons.com

Attorneys for Defendants
NATIONWIDE E&S SPECIALTY, NATIONWIDE
MUTUAL INSURANCE COMPANY, and
SCOTTSDALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOLDEN GATE BELVEDERE, LLC, a wholly-owned subsidiary of FDP Development, LLC, a Delaware Limited Liability Company,<br><br>          Plaintiffs,<br><br>          vs.<br><br>NATIONWIDE E&S SPECIALTY, entity form unknown; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation; SCOTTSDALE INSURANCE COMPANY, a Florida corporation; and DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No. 3:22-cv-07187-TSH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING MEDIATION DEADLINE |

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CALIFORNIA  94612
(415) 882 5000

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CALIFORNIA 94612
(415) 882 5000

Plaintiffs Golden Gate Belvedere, LLC ("GGB") and defendants Nationwide E&S Specialty Company, Nationwide Mutual Insurance Company, and Scottsdale Insurance Company (collectively, "Nationwide") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows, and respectfully request the Court approve their stipulation for good cause shown:

WHEREAS, on November 13, 2025, the Court issued a Case Management Order referring the Parties to court-sponsored mediation (*see* Dkt. No. 39);

WHEREAS, pursuant to ADR L.R. 6-4-(c), the current deadline for completion of mediation is February 11, 2026;

WHEREAS, on December 2, 2025, the Court assigned David Nied to serve as the mediator in this matter;

WHEREAS, on December 22, 2025, counsel for the Parties participated in a pre-mediation video conference with Mediator Nied, at which time a Zoom mediation was preliminarily set for February 10, 2026 based on the February 11, 2026 deadline to complete mediation, with all participants acknowledging that an extension may be requested pursuant to the Court's Case Management Order;

WHEREAS, Nationwide's representative is not available on February 10, 2026;

WHEREAS, on January 20, 2026, GGB served responses to written discovery, which may require follow-up discovery and depositions, all of which may affect Nationwide's settlement position and evaluation at mediation;

WHEREAS, the Parties and mediator have agreed to a new mediation date of April 30, 2026;

WHEREAS, the Parties agree that the interests of judicial economy and convenience of the Court and the Parties would be furthered by extending the deadline to complete mediation, as such an extension would allow the Parties additional time to engage in discovery and prepare for mediation so that the Parties would be better-positioned to potentially reach a resolution;

WHEREAS, the Parties have not made any previous request to extend the mediation deadline;

WHEREAS, the Parties agree that this stipulation does not modify any other deadlines in the Case Management Order;

NOW, THEREFORE, and pursuant to ADR L.R. 6-5, the Parties jointly and respectfully request the Court extend the deadline to complete the Court-ordered mediation from February 11, 2026 to May 1, 2026.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  January 28, 2026                    BERDING & WEIL LLP


By:         */s/ Jenna D. Swaney*
                    Jenna D. Swaney

Attorneys for Plaintiffs
GOLDEN GATE BELVEDERE, LLC
and FDP DEVELOPMENT, LLC

Dated:  January 28, 2026                    DENTONS US LLP


By: */s/ Mengmeng Zhang*
                    Mengmeng Zhang

Attorneys for Defendants
NATIONWIDE E&S SPECIALTY, NATIONWIDE
MUTUAL INSURANCE COMPANY, and
SCOTTSDALE INSURANCE COMPANY


**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated:  January 28, 2026                    DENTONS US LLP


By:     */s/ Mengmeng Zhang*
                    Mengmeng Zhang

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CALIFORNIA  94612
(415) 882 5000

**[~~PROPOSED~~] ORDER**

Pursuant to the above stipulation, the Court hereby extends the deadline for the Parties to complete the Court-ordered mediation from February 11, 2026 to May 1, 2026.

**IT IS SO ORDERED.**

Dated:  January 28, 2026

_____
Honorable Thomas S. Hixson
United States Magistrate Judge

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CALIFORNIA  94612
(415) 882 5000

Case No. 3:22-cv-07187-TSH                4                STIPULATION AND [PROPOSED] ORDER
EXTENDING MEDIATION DEADLINE