ANDREW M. BAUGH (SBN 242654)
JENNA D. SWANEY (SBN 269971)
BERDING & WEIL LLP
2175 N. California Blvd, Suite 500
Walnut Creek, CA 94596
Telephone:    925.838.2090
Facsimile:    925.820.5592
Email: jswaney@berdingweil.com
          abaugh@berdingweil.com

Attorneys for Plaintiffs
GOLDEN GATE BELVEDERE, LLC
and FDP DEVELOPMENT, LLC

SONIA MARTIN (SBN 191148)
MENGMENG ZHANG (SBN 280411)
DENTONS US LLP
1999 Harrison Street, Suite 1210
Oakland, California 94612
Telephone:    (415) 882-5000
Facsimile:    (415) 882-0300
Email:    sonia.martin@dentons.com
          mengmeng.zhang@dentons.com

Attorneys for Defendants NATIONWIDE E&S SPECIALTY,
NATIONWIDE MUTUAL INSURANCE COMPANY,
and SCOTTSDALE INSURANCE COMPANY

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CALIFORNIA 94612
(415) 882 5000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOLDEN GATE BELVEDERE, LLC, a wholly-owned subsidiary of FDP Development, LLC, a Delaware Limited Liability Company,<br><br>            Plaintiffs,<br><br>      vs.<br><br>NATIONWIDE E&S SPECIALTY, entity form unknown; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation; SCOTTSDALE INSURANCE COMPANY, a Florida corporation; and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No. 3:22-cv-07187-TSH<br><br>STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE A SECOND AMENDED ANSWER TO COMPLAINT<br><br>Judge:    Thomas S. Hixon<br>Date Action Filed:  November 16, 2022 |

-1-

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CALIFORNIA 94612
(415) 882 5000

Plaintiffs Golden Gate Belvedere, LLC and FDP Development, LLC ("Plaintiffs") and Defendants Nationwide E&S Specialty, Nationwide Mutual Insurance Company, and Scottsdale Insurance Company (collectively, "Nationwide") by and through their respective counsel of record, stipulate as follows, and respectfully request the Court approve their stipulation for good cause shown:

WHEREAS, on November 13, 2025, the Court issued a Case Management Order allowing the parties to seek leave to amend pleadings by March 19, 2026 (Dkt. No. 39);

WHEREAS, the parties now stipulate to Nationwide filing a further amended answer to the complaint, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure;

WHEREAS, the parties have sought one previous leave to file an amended pleading;

WHEREAS, the parties stipulate and agree that Nationwide should have leave to file a further amended answer to the complaint.

**IT IS SO STIPULATED.**

Dated: March 13, 2026

BERDING & WEIL LLP

By _____
JENNA D. SWANEY

Attorneys for Plaintiffs
GOLDEN GATE BELVEDERE, LLC
and FDP DEVELOPMENT, LLC

Dated: March 13, 2026

DENTONS US LLP

By _____
MENGMENG ZHANG

Attorneys for Defendants NATIONWIDE E&S SPECIALTY, NATIONWIDE MUTUAL INSURANCE COMPANY, and SCOTTSDALE INSURANCE COMPANY

-2-

**[PROPOSED] ORDER**

Pursuant to the above stipulation, the Court hereby grants Nationwide leave to file a further amended answer to the complaint.  Nationwide shall file its amended answer within ten (10) days of the date of this Order.

**IT IS SO ORDERED.**

DATED:_____ March 13 , 2026

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CALIFORNIA  94612
(415) 882 5000

-3-