ANDREW M. BAUGH (SBN 242654)
JENNA D. SWANEY (SBN 269971)
BERDING & WEIL LLP
2175 N. California Blvd, Suite 500
Walnut Creek, CA  94596
Telephone:  925.838.2090
Facsimile:  925.820.5592
Email:  abaugh@berdingweil.com
       jswaney@berdingweil.com

Attorneys for Plaintiffs
GOLDEN GATE BELVEDERE, LLC
and FDP DEVELOPMENT, LLC

SONIA MARTIN (SBN 191148)
MENGMENG ZHANG (SBN 280411)
DENTONS US LLP
1999 Harrison Street, Suite 1210
Oakland, CA  94612
Telephone:  (415) 882-5000
Facsimile:  (415) 882-0300
Email:  sonia.martin@dentons.com
       mengmeng.zhang@dentons.com

Attorneys for Defendants
NATIONWIDE E&S SPECIALTY, NATIONWIDE
MUTUAL INSURANCE COMPANY, and
SCOTTSDALE INSURANCE COMPANY

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CALIFORNIA  94612
(415) 882 5000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOLDEN GATE BELVEDERE, LLC, a wholly-owned subsidiary of FDP Development, LLC, a Delaware Limited Liability Company,<br><br>              Plaintiffs,<br><br>       vs.<br><br>NATIONWIDE E&S SPECIALTY, entity form unknown; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation; SCOTTSDALE INSURANCE COMPANY, a Florida corporation; and DOES 1 through 20, inclusive,<br><br>              Defendants. | Case No. 3:22-cv-07187-TSH<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY AND CASE MANAGEMENT DEADLINES |

1

Plaintiffs Golden Gate Belvedere, LLC ("GGB") and defendants Nationwide E&S Specialty Company, Nationwide Mutual Insurance Company, and Scottsdale Insurance Company (collectively, "Nationwide") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows, and respectfully request the Court approve their stipulation for good cause shown:

WHEREAS, on November 13, 2025, the Court issued a Case Management Order [ECF No. 39] setting case management deadlines as follows:

| Event | [Proposed] Deadline |
| --- | --- |
| Close of Fact Discovery | June 12, 2026 |
| Disclosure of Expert Witnesses | July 10, 2026 |
| Disclosure of Rebuttal Expert Witnesses | August 6, 2026 |
| Close of Expert Discovery | September 3, 2026 |
| Deadline to File Dispositive Motions | October 1, 2026 |
| Hearing on Dispositive Motions | November 5, 2026 |
| Exchange of Pretrial Disclosures | January 6, 2027 |
| Deadline to File Pretrial Documents | January 21, 2027 |
| Deadline to File Oppositions to Motions in Limine | January 28, 2027 |
| Pretrial Conference | February 11, 2027 |
| Final Pretrial Conference | March 11, 2027 |
| Jury Trial | March 22, 2027 |

WHEREAS, on March 11, 2026, Nationwide's counsel emailed GGB's counsel to meet and confer regarding a Rule 30(b)(6) deposition notice including proposed matters of examination and witness designation(s). On March 13 and March 19, Nationwide's counsel sent follow-up emails to GGB's counsel. Having received no response, on March 24, Nationwide served a deposition notice for April 17, 2026. In response to a further follow-up on April 13, GGB's counsel advised

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CALIFORNIA 94612
(415) 882 5000

CASE NO. 3:22-CV-07187-TSH                    STIPULATION AND [PROPOSED] ORDER TO CONTINUE
DISCOVERY AND CASE MANAGEMENT DEADLINES

Nationwide's counsel that their Rule 30(b)(6) witness is not available for deposition on April 17 but would provide alternative dates;

WHEREAS, mediation in this matter is set to take place on April 30, 2026 and Nationwide intends to take the deposition of GGB's Rule 30(b)(6) witness prior to mediation;

WHEREAS, following the deposition of GGB's Rule 30(b)(6) witness, Nationwide intends to take the depositions of all contractors involved in the underlying Hughes Action. Nationwide also intends to take the depositions of all attorneys involved in the negotiation, mediation, and/or settlement of the Hughes Action;

WHEREAS, on March 27, 2026, the Parties entered into a *White* waiver for the purpose of engaging in settlement discussions. The Parties are making progress in informal settlement negotiations and wish to avoid incurring further litigation costs associated with discovery that may be unnecessary;

WHEREAS, if the Parties are unable to resolve this matter through informal settlement negotiations or at mediation, the Parties will need additional time to engage in fact and expert discovery, including completing the aforementioned depositions, and will need further time to conduct any follow-up discovery;

WHEREAS, the Parties have not made any previous request to extend these deadlines;

WHEREAS, in the interests of judicial economy and convenience of the Court, and to give the Parties time to try to resolve the matter without the need to incur unnecessary litigation costs, the Parties respectfully request that the Court modify the case management schedule and enter the following modified Case Management Order, extending deadlines by approximately 60 days:

| Event | [Proposed] Deadline |
| --- | --- |
| Close of Fact Discovery | August 14, 2026 |
| Disclosure of Expert Witnesses | September 11, 2026 |
| Disclosure of Rebuttal Expert Witnesses | October 8, 2026 |
| Close of Expert Discovery | November 5, 2026 |
| Deadline to File Dispositive Motions | December 3, 2026 |

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CALIFORNIA 94612
(415) 882 5000

3

| Event | [Proposed] Deadline |
|---|---|
| Hearing on Dispositive Motions | January 7, 2027 |
| Exchange of Pretrial Disclosures | March 11, 2027 |
| Deadline to File Pretrial Documents | March 25, 2027 |
| Deadline to File Oppositions to Motions in Limine | April 1, 2027 |
| Pretrial Conference | April 15, 2027 |
| Final Pretrial Conference | May 13, 2027 |
| Jury Trial | May 24, 2027 |

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  April 16, 2026          BERDING & WEIL LLP

By: _____/s/_____
                    Jenna D. Swaney

Attorneys for Plaintiffs
GOLDEN GATE BELVEDERE, LLC
and FDP DEVELOPMENT, LLC

Dated:  April 16, 2026          DENTONS US LLP

By: _____*/s/ Mengmeng Zhang*_____
                    Mengmeng Zhang

Attorneys for Defendants
NATIONWIDE E&S SPECIALTY, NATIONWIDE
MUTUAL INSURANCE COMPANY, and
SCOTTSDALE INSURANCE COMPANY

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CALIFORNIA  94612
(415) 882 5000

4

**FILER'S ATTESTATION:**

Pursuant to Local Rule 5-1(h)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated:  April 16, 2026                              DENTONS US LLP

                                                    By:  */s/ Mengmeng Zhang*
                                                              Mengmeng Zhang

**[~~PROPOSED~~] ORDER**

Pursuant to the above stipulation, the Court hereby modifies the case management schedule and enters the Case Management Order, as follows:

| Event | [Proposed] Deadline |
|---|---|
| Close of Fact Discovery | August 14, 2026 |
| Disclosure of Expert Witnesses | September 11, 2026 |
| Disclosure of Rebuttal Expert Witnesses | October 8, 2026 |
| Close of Expert Discovery | November 5, 2026 |
| Deadline to File Dispositive Motions | December 3, 2026 |
| Hearing on Dispositive Motions | January 7, 2027 |
| Exchange of Pretrial Disclosures | March 11, 2027 |
| Deadline to File Pretrial Documents | March 25, 2027 |
| Deadline to File Oppositions to Motions in Limine | April 1, 2027 |
| Pretrial Conference | April 15, 2027 |
| Final Pretrial Conference | May 13, 2027 |
| Jury Trial | May 24, 2027 |

**IT IS SO ORDERED.**

Dated:  April 16, 2026

_____
Honorable Thomas S. Hixson
United States Magistrate Judge

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CALIFORNIA 94612
(415) 882 5000

CASE NO. 3:22-CV-07187-TSH                    STIPULATION AND [PROPOSED] ORDER TO CONTINUE
                                              DISCOVERY AND CASE MANAGEMENT DEADLINES