ANDREW M. BAUGH (SBN 242654)
JENNA D. SWANEY (SBN 269971)
BERDING & WEIL LLP
2175 N. California Blvd, Suite 500
Walnut Creek, CA  94596
Telephone:  925.838.2090
Facsimile:  925.820.5592
Email:  abaugh@berdingweil.com
         jswaney@berdingweil.com

Attorneys for Plaintiffs
GOLDEN GATE BELVEDERE, LLC
and FDP DEVELOPMENT, LLC

SONIA MARTIN (SBN 191148)
MENGMENG ZHANG (SBN 280411)
DENTONS US LLP
1999 Harrison Street, Suite 1210
Oakland, CA  94612
Telephone:  (415) 882-5000
Facsimile:  (415) 882-0300
Email:  sonia.martin@dentons.com
         mengmeng.zhang@dentons.com

Attorneys for Defendants
NATIONWIDE E&S SPECIALTY, NATIONWIDE
MUTUAL INSURANCE COMPANY, and
SCOTTSDALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOLDEN GATE BELVEDERE, LLC, a wholly-owned subsidiary of FDP Development, LLC, a Delaware Limited Liability Company, <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONWIDE E&S SPECIALTY, entity form unknown; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation; SCOTTSDALE INSURANCE COMPANY, a Florida corporation; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 3:22-cv-07187-TSH <br><br> JOINT STIPULATED DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND [~~PROPOSED~~] ORDER |

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CALIFORNIA  94612
(415) 882 5000

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs Golden Gate Belvedere, LLC and defendants Nationwide E&S Specialty Company, Nationwide Mutual Insurance Company, and Scottsdale Insurance Company, by and through their respective counsel of record, hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE, with each party bearing its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  May 15, 2026

BERDING & WEIL LLP

By:     */s/ Jenna D. Swaney*
                Jenna D. Swaney

Attorneys for Plaintiffs
GOLDEN GATE BELVEDERE, LLC
and FDP DEVELOPMENT, LLC

Dated:  May 22, 2026

DENTONS US LLP

By:     */s/ Mengmeng Zhang*
                Mengmeng Zhang

Attorneys for Defendants
NATIONWIDE E&S SPECIALTY, NATIONWIDE MUTUAL INSURANCE COMPANY, and SCOTTSDALE INSURANCE COMPANY

**FILER'S ATTESTATION:**

Pursuant to Local Rule 5-1(h) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated:  May 22, 2026

DENTONS US LLP

By:     */s/ Mengmeng Zhang*
                Mengmeng Zhang

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CALIFORNIA  94612
(415) 882 5000

2

**[PROPOSED] ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE, with each party bearing that party's own attorneys' fees and costs.  The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated:  May 22, 2026

Honorable Thomas S. Hixson
United States Magistrate Judge

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CALIFORNIA  94612
(415) 882 5000

CASE NO. 3:22-CV-07187-TSH

JOINT STIPULATED DISMISSAL OF ENTIRE ACTION
WITH PREJUDICE AND [PROPOSED] ORDER